IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ENRIQUE S. GARCIA,

    Plaintiff,

v.                                                                                         No. CV 17-567 CG

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration,

    Defendant.

## FINAL JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 22), which granted Plaintiff's *Motion to Reverse and Remand for Rehearing, With Supporting Memorandum*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE